

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,059-02

### EX PARTE CHESTER DEAN BROWN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1364531-B IN THE 176th DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of intoxication assault and sentenced to thirty-five years' imprisonment. The First Court of Appeals affirmed his conviction. *Brown v. State*, No. 01-12-01040-CR (Tex. App.—Houston [1st Dist.] Jan. 7, 2014) (not designated for publication).

Applicant's allegations one and three are denied. Applicant's allegation number two is dismissed pursuant to Article 11.07, § 4 of the Texas Code of Criminal Procedure.

Filed:   January 9, 2019

Do not publish